# Fisher Scientific Company Tax Assessment Case.

Argued September 30, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Louis Rosenfield,* with him *Alexander Cooper,* for appellant.

*James M. Guffey,* Assistant County Solicitor, with him *Nathaniel K. Beck,* County Solicitor and *Edward G. Bothwell,* First Assistant County Solicitor, for appellee.

PER CURIAM, November 8, 1948:

The order of the court below is affirmed on the opinion of Judge SOFFEL. Appellant will pay the costs.